HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JEROME PRICE, CA Bar # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
NA YOUNG EOH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:15-CR-0179 LJO-SKO |
|---|---|---|
| *Plaintiff*, | ) | |
| vs. | ) | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON |
| NA YOUNG EOH, | ) | Magistrate Judge:   Hon. Sheila K. Oberto |
| *Defendant*. | ) | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, NA YOUNG EOH, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Defendant makes this request because she resides in Bakersfield, California and cares for two small children.  Client wishes to reduce the expenses of traveling to court for non-substantive hearing.

///

This request is made pursuant to Fed. R. Crim. P. 43(b)(3).

DATED: August 17, 2015          /s/ *Na Young Eoh*
                                NA YOUNG EOH
                                (Original Signature in file)

DATED: August 17, 2015          /s/ *Jerome Price*
                                JEROME PRICE
                                Assistant Federal Defender
                                Attorney for NA YOUNG EOH

**O R D E R**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:   **August 20, 2015**              **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE