AO 455 (Rev. 01/09) Waiver of an Indictment


JUN 05 2010

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:15CR00179 |
| | ) | |
| NA YOUNG EOH, D.C. | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 6/4/2018

_____
Defendant's signature

_____
Signature of defendant's attorney

Jerome Price
Printed name of defendant's attorney

_____
Judge's signature

Lawrence J. O'Neill, United States District Judge
Judge's printed name and title