1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MEGAN T. HOPKINS, Bar #294141
   JEROME PRICE, Bar #282400
3  Assistant Federal Defenders
   Designated Counsel for Service
4  2300 Tulare Street, Suite 330
   Fresno, CA 93721-2226
5  Telephone: (559) 487-5561
   Fax: (559) 487-5950
6
7  Attorneys for Defendant
   NA YOUNG EOH

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | Case No. 1:15-cr-00179-LJO |
| 12              Plaintiff, | DEFENDANT'S UNOPPOSED REQUEST FOR RELEASE OF PASSPORT; ORDER |
| 13  vs. | Judge: Hon. Lawrence J. O'Neill |
| 14  NA YOUNG EOH, | |
| 15              Defendant. | |
| 16 | |

17         Dr. Eoh, by and through her counsel of record, Assistant Federal Defender Megan T.

18  Hopkins, hereby moves this Court for an order directing the Clerk of Court to release Dr. Eoh's

19  Korean passport.  This request is made pursuant to Eastern District of California Local Rule

20  Crim. 430.1 and such statutory and constitutional rules as may be applicable.  The government

21  does not oppose this request.

22         On July 9, 2015, United States Magistrate Judge Jennifer L. Thurston ordered Dr. Eoh

23  released pretrial with certain conditions, including a condition that she surrender her Korean

24  passport to the Clerk, United States District Court.  Docket No. 9.  In accordance with this

25  condition, Dr. Eoh surrendered her Korean that same day.  *See* Docket No. 12.

26         Thereafter, Dr. Eoh entered a guilty plea to Count One of a Superseding Information.  *See*

27  Docket No. 58.  Dr. Eoh was sentenced to probation on September 4, 2018.  *See* Docket No. 83.

28  Dr. Eoh commenced supervision on September 4, 2018.

1    Dr. Eoh now requests the return of her Korean passport, to which the government has no
2    objection.  Dr. Eoh is no longer on pretrial release and, thus, the condition requiring her to
3    surrender her passport and not obtain a new passport is no longer applicable.  There is no
4    condition of probation prohibiting Dr. Eoh from having a Korean passport, although she
5    acknowledges that she cannot the leave the state of California without the permission of the
6    Court or probation officer.

7        In light of the foregoing, this Court should enter an order directing the Clerk of
8    Court to release Dr. Eoh's Korean passport to her.

9                                          Respectfully submitted,
10

11                                          HEATHER E. WILLIAMS
12                                          Federal Defender

13   Date: September 21, 2018             */s/ Megan T. Hopkins*
                                          MEGAN T. HOPKINS
14                                        JEROME PRICE
                                          Assistant Federal Defenders
15                                        Attorneys for Defendant
                                          NA YOUNG EOH
16

17

18                                **O R D E R**

19       The Clerk of Court is hereby directed to release Defendant Na Young Eoh's passport to
20   Dr. Eoh.

21

22   IT IS SO ORDERED.

23       Dated:   **September 22, 2018**        **/s/ Lawrence J. O'Neill**
24                                          UNITED STATES CHIEF DISTRICT JUDGE

25

26

27

28