HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
JEROME PRICE, Bar #282400
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
NA YOUNG EOH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NA YOUNG EOH,<br><br>Defendant. | Case No. 1:15-cr-00179-LJO-SKO-2<br><br>STIPULATION TO AMEND JUDGMENT; ORDER<br><br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Mark McKeon, Assistant United States Attorney, counsel for the plaintiff, and Megan T. Hopkins and Jerome Price, Assistant Federal Defenders, counsel for defendant Na Young Eoh, that the defendants' judgment be amended as follows:

In light of defendant's timely payment of the full amount of the $3,000 fine imposed on September 4, 2018 as well as the $100 special assessment in this matter, defendant's term of probation should be reduced to 12 months from the date of sentencing, to terminate on September 4, 2019.  All other terms and conditions of probation are to remain unchanged.

On September 4, 2018 the defendant was sentenced in the above captioned matter to 36 months probation with a total monetary penalty of $3,100.  The parties stipulated at the time of sentencing that if defendant made full payment of her monetary penalty within 30 days of sentencing, the term of probation imposed should be no greater than 12 months.  The Court

agreed with the parties and requested that upon confirmation of the defendant's full payment of the fine and special assessment, the defendant submit a stipulation to amend the judgment and reduce the term of probation to 12 months.

The defendant satisfied the full amount of the monetary penalty in a single lump payment, which was confirmed on September 18, 2018.[1] Accordingly, the parties stipulate to amend the judgment to a 12-month term of probation.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Date: September 27, 2018

*/s/ Mark McKeon*
MARK MCKEON
Assistant United States Attorney
Attorneys for the United States

HEATHER E. WILLIAMS
Federal Defender

Date: September 27, 2018

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
JEROME PRICE
Assistant Federal Defenders
Attorneys for Defendant
NA YOUNG EOH

## **O R D E R**

The judgment is hereby amended to have the Defendant serve a 12-month term of probation.

IT IS SO ORDERED.

Dated: **September 27, 2018**     */s/ Lawrence J. O'Neill*
UNITED STATES CHIEF DISTRICT JUDGE

---

[1] *See* Exhibit A: Payment Confirmation

EOH / Stip to Amend Judgment            -2-