1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MEGAN T. HOPKINS, Bar #294141
   JEROME PRICE, Bar #282400
3  Assistant Federal Defenders
   Designated Counsel for Service
4  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
5  Telephone: (559) 487-5561
   Fax: (559) 487-5950
6
   Attorneys for Defendant
7  NA YOUNG EOH

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 1:15-cr-00179-LJO

12            Plaintiff,                 DEFENDANT'S UNOPPOSED REQUEST FOR
                                         RELEASE OF PASSPORT; ORDER
13  vs.
                                         Judge: Hon. Lawrence J. O'Neill
14  NA YOUNG EOH,

15            Defendant.

16

17         Dr. Eoh, by and through her counsel of record, Assistant Federal Defender Megan T.

18  Hopkins, hereby moves this Court for an order directing the Clerk of Court to release Dr. Eoh's

19  Korean passport, No. M62391847.  This request is made pursuant to Eastern District of

20  California Local Rule Crim. 430.1 and such statutory and constitutional rules as may be

21  applicable.  The government does not oppose this request.

22         On July 9, 2015, United States Magistrate Judge Jennifer L. Thurston ordered Dr. Eoh

23  released pretrial with certain conditions, including a condition that she surrender her Korean

24  passport to the Clerk, United States District Court.  Docket No. 9.  In accordance with this

25  condition, Dr. Eoh surrendered her Korean that same day.  *See* Docket No. 12.

26         Thereafter, Dr. Eoh entered a guilty plea to Count One of a Superseding Information.  *See*

27  Docket No. 58.  Dr. Eoh was sentenced to probation on September 4, 2018.  *See* Docket No. 83.

28  Dr. Eoh commenced supervision on September 4, 2018.

Dr. Eoh now requests the return of her Korean passport, to which the government has no objection. Dr. Eoh is no longer on pretrial release and, thus, the condition requiring her to surrender her passport and not obtain a new passport is no longer applicable. There is no condition of probation prohibiting Dr. Eoh from having a Korean passport, although she acknowledges that she cannot the leave the state of California without the permission of the Court or probation officer.

In light of the foregoing, this Court should enter an order directing the Clerk of Court to release Dr. Eoh's Korean passport to her.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 21, 2018		*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
JEROME PRICE
Assistant Federal Defenders
Attorneys for Defendant
NA YOUNG EOH

**O R D E R**

**IT IS SO ORDERED.** The Clerk of Court is hereby directed to release Defendant Na Young Eoh's passport (No. M62391847) to Dr. Eoh.

IT IS SO ORDERED.

Dated: **September 26, 2018**		/s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE